# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JAN 29 2009

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

| | |
|---|---|
| ROBERT S. CHANEY, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | |
| ) | |
| AIG NATIONAL UNION FIRE ) | CIVIL ACTION NO. |
| INSURANCE COMPANY OF ) | 1:08-CV-3477 RLV |
| PITTSBURGH, PA., a Pennsylvania Insurance ) | |
| Company, ) | |
| ) | |
| MARSH & MCLENNAN COMPANIES OF ) | |
| NEW YORK, NY., a New York Insurance ) | |
| Brokerage Company, ) | |
| ) | |
| HARTFORD TWIN CITY FIRE ) | |
| INSURANCE COMPANY OF HARTFORD, ) | |
| CT., an Indiana Insurance Company, ) | |
| ) | |
| CHUBB FEDERAL INSURANCE ) | |
| COMPANY OF INDIANAPOLIS, IN., an ) | |
| Indiana Insurance Company, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a) Fed. R. Civ. P., and prior to the service of any responsive pleadings by any parties, Plaintiff ROBERT S. CHANEY, does hereby dismiss, **with prejudice**, Defendant NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA. (sued *sub nom* AIG NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.), Defendant MARSH

Error! Unknown document property name.          1

USA INC. (sued *sub nom* MARSH & MCLENNAN COMPANIES OF NEW YORK, NY), Defendant TWIN CITY FIRE INSURANCE COMPANY (sued *sub nom* HARTFORD TWIN CITY FIRE INSURANCE COMPANY OF HARTFORD, CT.), and Defendant FEDERAL INSURANCE COMPANY (sued *sub nom* CHUBB FEDERAL INSURANCE COMPANY OF INDIANAPOLIS, IN.).

Accordingly, Plaintiff does hereby dismiss, **with prejudice**, this action. Each party shall bear its own costs and attorneys' fees.

This 29TH day of January, 2009.

By: _____
Robert S. Chaney, Pro Se
*Plaintiff*